# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| COMMITTEE TO PRESERVE NEVADA JOBS, A NEVADA POLITICAL ACTION COMMITTEE,<br><br>               Appellant,<br>       vs.<br>COMMITTEE TO RAISE THE MINIMUM WAGE IN NEVADA, A NEVADA POLITICAL ACTION COMMITTEE; AND BARBARA CEGAVSKE, IN HER OFFICIAL CAPACITY AS THE NEVADA SECRETARY OF STATE,<br>              Respondents. | No. 69796<br><br>**FILED**<br><br>MAR 2 2 2016<br><br>TRACIE K. LINDEMAN<br>CLERK OF SUPREME COURT<br>BY S. Young<br>    DEPUTY CLERK |

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:    Hon. James E. Wilson, District Judge
      White Hart Law
      The Griffin Company
      Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP/Las Vegas
      Attorney General/Carson City
      Carson City Clerk